**Louis GROOBMAN, Individually and Doing Business as Whittier Walnut Packing Company, v. UNITED STATES of America.**

**No. 8570.**

Circuit Court of Appeals, Ninth Circuit.

June 7, 1937.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree of dismissal be filed and entered; mandate forthwith.

**William B. HAFFNER and Madeleine B. Haffner, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 224.**

Circuit Court of Appeals, Second Circuit.

June 7, 1937.

Benjamin Mahler, of New York City, for petitioners.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Johnston v. Helvering, Commissioner, 86 F.(2d) 732 (C.C.A.2).

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Proctor PATTERSON and Earl P. Disbro, Executors Under the Will of Marion C. Tyler, Deceased, Respondents.**

**No. 7771.**

Circuit Court of Appeals, Sixth Circuit.

June 28, 1937.

James W. Morris and Morrison Shafroth, both of Washington, D. C., for petitioner.

Sterling Newell and Paul L. Holden, both of Cleveland, Ohio, for respondents.

Before HICKS and ALLEN, Circuit Judges.

HICKS, Circuit Judge.

Upon consideration of the motion of the petitioner in the above-entitled cause to docket and dismiss the petition to review the decision of the United States Board of Tax Appeals in the said cause, and it appearing that a certificate of the clerk of the said Board has been filed, showing that the petition to review was duly filed with the said Board, and it further appearing that the respondents in the said cause have consented to the granting of said motion; it is ordered that the above-entitled cause be by the clerk of this court docketed, and that the said petition to review be, and the same is hereby dismissed. It is further ordered that the clerk of this court forthwith transmit a certified copy of this order to the clerk of the United States Board of Tax Appeals at Washington, D. C.